IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LUIS SANCHEZ-ALFONSO**,

      Petitioner,

  v.

**BOARD OF PAROLE AND
POST-PRISON SUPERVISION
AND CARLA PINTO, Probation
Officer,**

      Respondents,

No. 3:14-cv-01002-ST

OPINION AND ORDER

**MOSMAN, J.**,

    On April 13, 2015, Magistrate Judge Stewart issued her Findings and Recommendation ("F&R") [49] in the above-captioned case, recommending that a judgment be entered dismissing Petitioner Luis Sanchez-Alfonso's petition for writ of habeas corpus as untimely. Mr. Sanchez-Alfonso filed objected to the recommendation that his petition was time-barred.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or

1 – OPINION AND ORDER

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R [49] as my own opinion.

IT IS SO ORDERED.

DATED this   7th   day of July, 2015.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Judge

2 – OPINION AND ORDER